**Order entered March 11, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01486-CR

**CHARDONDRA JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F10-55726-L**

## ORDER

Appellant's February 26, 2015 motion to supplement the clerk's record is **GRANTED**.

We **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing the State's August 12, 2014 amended motion to revoke community supervision and proceed with an adjudication of guilt.


/s/    LANA MYERS
         JUSTICE